**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:18-cv-60331-UU

AARON DONDE,

    Plaintiff,

v.

BED BATH & BEYOND INC.,

    Defendant.
_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court *sua sponte.*

THE COURT has considered the Motions, the pertinent portions of the record and is otherwise fully advised in the premises. On March 9, 2018, Plaintiff filed a notice of dismissal, informing the court that Plaintiff voluntarily dismisses his action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). D.E. 7. Accordingly it is

ORDERED AND ADJUDGED that the case is DISMISSED WITH PREJUDICE. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case.

DONE AND ORDERED in Chambers, Miami, Florida, this __9th_ day of March, 2018.

                                                                           URSULA UNGARO
                                                                           UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf